# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

**FILED**

SEP 2 5 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA     )
       v.     )     1:11-CR-00442-AWI
           )
           )
JAIME MORENO-CASTANEDA     )

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
      **(X)** Ad Prosequendum            ( ) Ad Testificandum.

Name of Detainee:     JAIME MORENO-CASTANEDA
Detained at (custodian):     MERCED COUNTY JAIL

Detainee is:  a.)  **( X )** charged in this district by:
              **( X )** Indictment     ( ) Information     ( ) Complaint
              Charging Detainee With:  **8 U.S.C. § 1326(a) and (b)(2) Deported Alien Found in the United States**

or  b.)  ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)  **(X)** return to the custody of detaining facility upon termination of proceedings
or      b.)  ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

Signature:/s/Mia A. Giacomazzi _____
Printed Name & Phone No: MIA A. GIACOMAZZI/ 559-497-4000
Attorney of Record for:    United States of America _____

## WRIT OF HABEAS CORPUS
      **(X)** Ad Prosequendum          ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date  9-25-13 _____      *Sheila K. Oberto*
                         United States District/Magistrate Judge

Please provide the following, if known:

AKA(s) (if applicable): _____     Male X    Female

Booking or CDC #:  201200000925 _____    DOB: _____

Facility Address:ReleRe  Release Date: 01/22/2015    Race: _____
      700 W 22ND STREET MERCED, CA 95340

      _____    FBI #:  344493FB8

Facility Phone: _____

Currently Incarcerated For: _____

------------------------------------------------
## RETURN OF SERVICE

Executed on _____ by _____      _____
                         (Signature)

C:\WINDOWS\Temp\notes101AA1\Writ moreno.wpd
Form Crim-48

Revised 11/19/97