|   |   |
|---|---|
| 1 | Carolyn D. Phillips #103045 |
|   | Attorney at Law |
| 2 | P.O. Box 5622 |
|   | Fresno, California  93755-5622 |
| 3 | 559/248-9833 |
| 4 | Attorney for JAIME MORENO-CASTENADA |

## IN THE UNITED STATES DISTRICT COURT IN AND FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  1:11-cr-00442-AWI |
|---|---|---|
|   | ) |   |
| Plaintiff, | ) | **STIPULATION AND ORDER TO** |
|   | ) | **RESET HEARING DATE** |
|   | **)** |   |
| vs. | ) |   |
|   | ) |   |
| JAIME MORENO-CASTANEDA, | ) | New Date:    May 4, 2015 |
|   | ) | Time:            10:00 a.m. |
| Defendant. | ) | Crtrm:  Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the status hearing in the above captioned matter, scheduled for April 20, 2015 10 a.m., be continued to **May 4, 2015, at 10:00 a.m.**

The parties are in continued plea negotiations and counsel for defendant Castaneda needs additional time for case preparation and investigation including review of discovery and discussions with defendant regarding plea offers.

 For purpose of computing time under the Speedy Trial Act, 18 U.S.C. §3161, *et seq*., within which trial must commence, the time period of April 20, 2015, to May 4, 2015, inclusive, is deemed excludable because it results from a continuance granted by

the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**SO STIPULATED.**

Dated:  April 15, 2015               BENJAMIN B. WAGNER
                                     United States Attorney


                                     By:    /s/ Mia Giacomazzi
                                     MIA GIACOMAZZI
                                     Assistant U.S. Attorney
                                     Attorneys for the United States


Dated:  April 15, 2015                      /s/ Carolyn D. Phillips
                                     CAROLYN D. PHILLIPS
                                     Attorney for Defendant
                                     JAIME MORENO-CASTANEDA


### ORDER

IT IS ORDERED that the status hearing in this matter be continued from April 20, 2015 at 10:00 a.m., to May 4, 2015 at 10:00 a.m.  For purposes of the Speedy Trial Act, 18 U.S.C. §3161, *et seq.*, the time period from April 20, 2015 to May 4, 2015 shall be deemed excluded.

IT IS SO ORDERED.

Dated:  April 15, 2015                      _____
                                            SENIOR DISTRICT JUDGE