Carolyn D. Phillips #103045
Attorney at Law
P.O. Box 5622
Fresno, California  93755-5622
559/248-9833

Attorney for JAIME MORENO-CASTENADA

# IN THE UNITED STATES DISTRICT COURT IN AND FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:11-cr-00442-AWI |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO** |
| | ) | **RESET HEARING DATE** |
| | **)** | |
| vs. | ) | |
| | ) | |
| JAIME MORENO-CASTANEDA, | ) | New Date:    May 426, 2015 |
| | ) | Time:           10:00 a.m. |
| Defendant. | ) | Crtrm:  Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the status hearing in the above captioned matter, scheduled for **May 4, 2015, at 10:00 a.m.,** be continued to May 26, 2015, at 10:00 a.m.

The parties are in continued plea negotiations and counsel for defendant Castaneda needs additional time for case preparation and investigation including review of discovery and discussions with defendant regarding plea offers.

For purpose of computing time under the Speedy Trial Act, 18 U.S.C. §3161, *et*

Stipulation and Order to Reset Hearing Date; *U.S. v. Castellon, 1:14-cr-00056 AWI/BAM*
United States v. Jaime Moreno-Castaneda, Case No. 1:11-cr-442 AWI

*seq.*, within which trial must commence, the time period of May 4, 2015, to May 26, 2015 inclusive, is deemed excludable because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**SO STIPULATED.**

Dated:  April 27, 2015                    BENJAMIN B. WAGNER
                                          United States Attorney


                                          By:   /s/ Mia Giacomazzi
                                                MIA GIACOMAZZI
                                                Assistant U.S. Attorney
                                                Attorneys for the United States


Dated:  April 27, 2015                          /s/ Carolyn D. Phillips
                                                CAROLYN D. PHILLIPS
                                                Attorney for Defendant
                                                JAIME MORENO-CASTANEDA

**ORDER**

IT IS ORDERED that the status hearing in this matter be continued from May 4, 2015 at 10:00 a.m., to May 26, 2015 at 10:00 a.m.  For purposes of the Speedy Trial Act, 18 U.S.C. §3161, *et seq.*, the time period from May 4, 2015 to May 26, 2015 shall be deemed excluded.

IT IS SO ORDERED.

Dated:   April 28, 2015                   _____
                                          SENIOR  DISTRICT  JUDGE

Stipulation and Order to Reset Hearing Date; *U.S. v. Castellon*, 1:14-cr-00056 AWI/BAM
United States v. Jaime Moreno-Castaneda, Case No. 1:11-cr-442 AWI

2