**Melissa Baloian SBN# 232602**
**Law Office of Melissa Baloian**
**5424 N. Palm Ave. Suite 106**
**Fresno, California 93704**
**Telephone (559) 352-2331**
**Mbaloian.law@gmail.com**

Attorney for Defendant JAIME MORENO-CASTANEDA.

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>             vs.<br><br>JAIME MORENO-CASTANEDA,<br><br>                          Defendant. | Case No. 1:11-CR-0442 AWI<br><br>**STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION TO REDUCE SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A); FINDINGS AND ORDER** |

## STIPULATION

The defendant, JAIME MORENO-CASTANEDA, by and through his counsel, Melissa Baloian, and the United States of America, by and through its counsel, Assistant United States Attorney Vincenza Rabenn, hereby stipulate as follows:

1.  By previous order, the supplemental motion is due for filing on or before March 24, 2021.

2.  Defendant's counsel has recently been appointed to evaluate Defendant's pro se submission of a compassionate release motion. Counsel is in the process of obtaining Defendant's records, which are imperative to the compassionate release motion.

//

//

3. The parties agree and stipulate, and request the Court to set the briefing schedule on the defendant's motion as follows:

    a. The defendant's supplemental motion shall be filed on or before April 30, 2021;

    b. The government's response is to be filed on or before May 18, 2021;

    c. The defendant's reply to the government's response is to be filed on or before May 25, 2021.

IT IS SO STIPULATED.

Dated: March 24, 2021

/s/ MELISSA BALOIAN
_____

**Melissa Baloian**
Attorney for Defendant

Dated: March 24, 2021

/s/ VINCENZA RABENN
_____

**Vincenza Rabeen**
Assistant United States Attorney

---

**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

    a) The defendant's supplemental motion is due on or before April 30, 2021;

    b) The government's response is due on or before May 18, 2021;

    c) The defendant's reply is due on or before May 25, 2021.

IT IS SO ORDERED.

Dated:  March 25, 2021

_____
SENIOR DISTRICT JUDGE