Melissa Baloian SBN# 232602
Law Office of Melissa Baloian
5424 N. Palm Ave. Suite 106
Fresno, California 93704
Telephone (559) 352-2331
Mbaloian.law@gmail.com

Attorney for Defendant JAIME MORENO-CASTANEDA.

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAIME MORENO-CASTANEDA,

    Defendant.

Case No. 1:11-CR-0442 AWI

**STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION TO REDUCE SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A); [PROPOSED] FINDINGS AND ORDER**

## STIPULATION

The defendant, JAIME MORENO-CASTANEDA, by and through his counsel, Melissa Baloian, and the United States of America, by and through its counsel, Assistant United States Attorney Vincenza Rabenn, hereby stipulate as follows:

1. By previous order, the supplemental motion is due for filing on or before April 30, 2021.

2. Defendant's counsel has been appointed to evaluate Defendant's pro se submission of a compassionate release motion. Counsel is still in the process of obtaining Defendant's records, which are imperative to the compassionate release motion.

3. The parties agree and stipulate, and request the Court to set the briefing schedule on the defendant's motion as follows:

    a. The defendant's supplemental motion shall be filed on or before May 28, 2021;

    b.  The government's response is to be filed on or before June 22, 2021;

    c.  The defendant's reply to the government's response is to be filed on or before June 29, 2021.

IT IS SO STIPULATED.

Dated: April 29, 2021

                /s/ MELISSA BALOIAN
                _____
                **Melissa Baloian**
                Attorney for Defendant

Dated: April 29, 2021

                /s/ VINCENZA RABENN
                _____
                **Vincenza Rabeen**
                Assistant United States Attorney

---

## [~~PROPOSED~~] FINDINGS AND ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

  a)  The defendant's supplemental motion is due on or before May 28, 2021;

  b)  The government's response is due on or before June 22, 2021;

  c)  The defendant's reply is due on or before June 29, 2021.

IT IS SO ORDERED.

Dated:  April 30, 2021         _____
                   SENIOR DISTRICT JUDGE