**Melissa Baloian SBN# 232602**
**Law Office of Melissa Baloian**
**5424 N. Palm Ave. Suite 106**
**Fresno, California 93704**
**Telephone (559) 352-2331**
**Mbaloian.law@gmail.com**

Attorney for Defendant JAIME MORENO-CASTANEDA.

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAIME MORENO-CASTANEDA,<br><br>Defendant. | Case No. 1:11-CR-0442 AWI<br><br>**STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION TO REDUCE SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A); [PROPOSED] FINDINGS AND ORDER** |

## STIPULATION

The defendant, JAIME MORENO-CASTANEDA, by and through his counsel, Melissa Baloian, and the United States of America, by and through its counsel, Assistant United States Attorney Vincenza Rabenn, hereby stipulate as follows:

1. By previous order, the supplemental motion is due for filing on or before May 28, 2021.

2. Defendant's counsel has been appointed to evaluate Defendant's pro se submission of a compassionate release motion. Counsel is still in the process of obtaining Defendant's records from BOP, which are imperative to the compassionate release motion.

3. The parties agree and stipulate, and request the Court to set the briefing schedule on the defendant's motion as follows:

    a. The defendant's supplemental motion shall be filed on or before July 2, 2021;

      b.      The government's response is to be filed on or before July 23, 2021;

      c.      The defendant's reply to the government's response is to be filed on or before July 30, 2021.

IT IS SO STIPULATED.

Dated: May 27, 2021

/s/ MELISSA BALOIAN
_____
**Melissa Baloian**
Attorney for Defendant

Dated: May 27, 2021

/s/ VINCENZA RABENN
_____
**Vincenza Rabeen**
Assistant United States Attorney

-----------------------------------------------------------------------------------------------------------------

## [~~PROPOSED~~] FINDINGS AND ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

a) The defendant's supplemental motion is due on or before July 2, 2021;

b) The government's response is due on or before July 23, 2021;

c) The defendant's reply is due on or before July 30, 2021.

IT IS SO ORDERED.

Dated: May 27, 2021          _____
                                           SENIOR DISTRICT JUDGE