**Melissa Baloian SBN# 232602**
**Law Office of Melissa Baloian**
**5424 N. Palm Ave. Suite 106**
**Fresno, California 93704**
**Telephone (559) 352-2331**
**Mbaloian.law@gmail.com**

Attorney for Defendant JAIME MORENO-CASTANEDA.

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAIME MORENO-CASTANEDA,<br><br>Defendant. | Case No. 1:11-CR-0442 AWI<br><br>**STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION TO REDUCE SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A); FINDINGS AND ORDER** |

## STIPULATION

The defendant, JAIME MORENO-CASTANEDA, by and through his counsel, Melissa Baloian, and the United States of America, by and through its counsel, Assistant United States Attorney Vincenza Rabenn, hereby stipulate as follows:

1. By previous order, the supplemental motion is due for filing on or before July 2, 2021.

2. Defendant's counsel has been appointed to evaluate Defendant's pro se submission of a compassionate release motion. Counsel is still in the process of obtaining Defendant's records from BOP, which are imperative to the compassionate release motion.

3. Mr. Moreno-Castaneda is in custody, and communication had been delayed by the prison. Counsel had been trying to set up a legal phone call with the prison, and it took much

longer than anticipated.  Counsel has resent Mr. Moreno-Castaneda important waivers to obtain his records.

    4.    The parties agree and stipulate, and request the Court to set the briefing schedule on the defendant's motion as follows:

    a.    The defendant's supplemental motion shall be filed on or before August 20, 2021;

    b.    The government's response is to be filed on or before September 10, 2021;

    c.    The defendant's reply to the government's response is to be filed on or before September 17, 2021.

IT IS SO STIPULATED.

Dated: July 1, 2021

    /s/ MELISSA BALOIAN
    _____
    **Melissa Baloian**
    Attorney for Defendant

Dated: July 1, 2021

    /s/ VINCENZA RABENN
    _____
    **Vincenza Rabeen**
    Assistant United States Attorney

# FINDINGS AND ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

    a)     The defendant's supplemental motion is due on or before August 20, 2021;

    b)     The government's response is due on or before September 10, 2021;

    c)     The defendant's reply is due on or before September 17, 2021.

IT IS SO ORDERED.

Dated:   July 1, 2021

                                          SENIOR DISTRICT JUDGE