# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>v.<br><br>JAIME MORENO-CASTANEDA,<br><br>    Defendant | CASE NO. 1:11-CR-00442-AWI-1<br><br>**ORDER SETTING BRIEFING SCHEDULE ON MOTION FOR COMPASSIONATE RELEASE** |

On March 5, 2021, Defendant Jamie Moreno-Castaneda, appearing pro se, brought a motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(1)(A) on the grounds that he had contracted COVID-19 from staff at the Bureau of Prisons facility to which he is confined. Doc. No. 43. Moreno-Castaneda further asserts that "he's been made to go long periods of time locked in a cell, sometimes without access to a shower, clean clothes, and fresh air" in violation of the Eighth Amendment. Id. at 5-6. In short, Moreno-Castaneda contends that the sentence he is serving—with COVID-19 infection at the hands of the United States government and the various deprivations cited in his motion—is worse than what was contemplated at the time of sentencing and that his early release from prison is therefore warranted.

On March 23, 2021, the Court appointed a federal defender to assist Moreno-Castaneda with this early release motion. Doc. No. 45. On March 25, 2021, the Court issued a stipulated order providing that: Moreno-Castaneda's supplemental motion must be filed on or before April 30, 2021; the government's response must be filed on or before May 18, 2021; and Moreno-

Castaneda's reply must be filed on or before May 25, 2021. Doc. 48. On April 30, 2021, the Court issued a stipulated order continuing the stipulated filing dates for the supplemental motion, government response and reply to May 28, 2021, June 22, 2021 and June 29, 2021, respectively. Doc. No. 51. A third stipulated order was issued on May 27, 2021, moving all filing deadlines out to July, Doc. No. 53, and on July 2, 2021, the Court issued a fourth (and apparently final) stipulated order providing that the supplemental motion, response and reply must be filed by August 20, 2021, September 10, 2021 and September 17, 2021, respectively. Doc. No. 55.

On August 19, 2021, Moreno-Castaneda's appointed counsel filed a notice stating that she would not file a supplemental motion on Moreno-Castaneda's behalf and that he would stand on the original pro se motion. Doc. No. 56.

Accordingly, IT IS HEREBY ORDERED that:

1. The United States will file a response to Moreno-Castaneda's March 5, 2021 motion (Doc. No. 43) on or before September 17, 2021; and

2. Moreno-Castaneda will file a reply, if any, on or before September 24, 2021.

IT IS SO ORDERED.

Dated:  August 26, 2021

_____
SENIOR DISTRICT JUDGE